RECEIVED
IN MONROE, LA
FEB 0 5 2007
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GREGORY B. JACKSON | CIVIL ACTION NO. 06-1425 |
| VS. | SECTION P |
| WARDEN, WEST MONROE | JUDGE JAMES |
| CITY JAIL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge [DOC. NO. 6] filed previously herein, noting the absence objections thereto, and concurring with the

Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND**

**DISMISSED WITH PREJUDICE** because petitioner's *habeas* claims remain unexhausted.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this _3_ day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE